NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**DANUEL J. BOYKIN,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

———————————————

2013-3058

———————————————

Petition for review of the Merit Systems Protection Board in case no. CH844E120166-I-1.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Danuel Boykin moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

DANUEL BOYKIN v. OPM                                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24